106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

xxxxxxxxxxxxxxxx N.E., Washington, D.C.

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

CASE NUMBER:

(Further described below)

I   Mark Dargis   being duly sworn depose and say:

I am a(n)   Special Agent, FBI   and have reason to believe
(Official Title)

that ☐ on the person of or ☒ on the property or premises known as   (name, description and or location)
xxxxxxxxxxxxxxxx N.E., Washington, D.C. is described as one half of a duplex residential structure.  The structure in its entirety is a two-story building composed primarily of brick that is brown in color.  The residence to be searched is to the right side when approaching the front of the structure.  The ground level entrance at the front of the residence is composed of a covered porch with a solid door that is white in color, fronted by a steel security door that is black in color with vertical bars on it.  There are four windows to the right of the front door, each of which is covered with black colored vertical security bars.  The number 46 is affixed to the front of the residence directly above the front door.
in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)

concerning a violation of Title 21  United States Code, Section(s) 841(a) .  The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.    ☒ YES   ☐ NO

Bryan Roslund
Organized Crimes & Narcotics Trafficking
(202) 514-4922

Signature of Affiant
Mark Dargin, Special Agent
FBI

Sworn to before me, and subscribed in my presence

at Washington, D.C.

Date

Name and Title of Judicial Officer

Signature of Judicial Officer