AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

Washington, D.C.

**SEARCH WARRANT**

CASE NUMBER:

06-317-M-01

TO: _Special Agent Mark Dargis_ and any Authorized Officer of the United States

Affidavit(s) having been made before me by _Special Agent, FBI Mark Dargis_ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)
46 Burns Street, N.E., Washington, D.C. is described as one half of a duplex residential structure. The structure in its entirety is a two-story building composed primarily of brick that is brown in color. The residence to be searched is to the right side when approaching the front of the structure. The ground level entrance at the front of the residence is composed of a covered porch with a solid door that is white in color, fronted by a steel security door that is black in color with vertical bars on it. There are four windows to the right of the front door, each of which is covered with black colored vertical security bars. The number 46 is affixed to the front of the residence directly above the front door.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

(See Attachment B to Affidavit)

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before _July 21, 2006_
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

JUL 11 2006 @ 4:10 pm at Washington, D.C.

Date and Time Issued
DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer        Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 7/11/2006 | 7/13/2006, 6:00 A.M. | NO ONE PRESENT AT PREMISES, COPIES LEFT IN MAIN LIVING AREA OF RESIDENCE. |

INVENTORY MADE IN THE PRESENCE OF  SA CHADWICK ELGERSMA, FBI AND SA JAMES MARKOVICH, FBI

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

SEE ATTACHED FBI FORMS FD-597, RECEIPTS FOR PROPERTY SEIZED. (4 PAGES).

FILED
JUL 20 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

*Mark B. [signature]*

Subscribed, sworn to, and returned before me this date.

*[signature]*
U.S. Judge or U.S. Magistrate Judge

7/20/06
Date

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
Receipt for Property ~~Received/Returned/Released~~/(Seized)

File # 209A-WF-233005

On (date) 07/13/2006

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☑ Seized

(Name) _____

(Street Address) _____ — NE _____

(City) _____

Description of Item(s): Calc — cm

(1) White pill bottle labled 'Oxycontin 40 mg' tablets - no pills in bottle - Room B

(2) OSCAL Calcium Supplement with Vitamin D

(3) 7 Documents related to Dr.

(4) BCBS Explanation of Benefits, Bank Statements, Prescription Plan Pamphlet, Patient Guide, McLaren Document

(5) DC Gov't Employer Information

(6) Washington Hosp Center Patient Bracelet

(7) Slip of Paper with Oxycodone Information, Knife

(8) 3 Credit cards, Motor Vehicle info, Insurance Info, Soc. Card, BCBS insurance cards, Western Union Card

(9) Prescription label for Percocet for _____ by

(10) Tablets - unknown 3 tan Capsules

(11) 6 Boxes of Lidoderm Patches, 30 Patches each

(12) Two (2) Jeruno Syringes in sealed package

(13) Medical Papers (35 pages)

(14) One (1) bottle labled Viagra (100mg) containing blue tablets labled VGR 100

Received By: _____ (Signature)

Received From: Not present (Signature)

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/(Seized)

File # 209A-WF-233005

On (date) 07/13/2006

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) ____

(Street Addr) _ NE ____

(City) ____

Description of Item(s):

(15) Assorted white tablets (methadone-10) (M/5771) in 3 (three) large bottles

(16) White tablets enscribed with 'Methadone 10' in three (3) open bottles labeled Methadone HCl 10 mg

(17) Forty-five dollars ($45) US dollars cash 5 (five) five (5) dollar bills

(18) One (1) bottle white tablets marked 54/42 Bottle marked Methadone (10 mg)

(19) 1 (one) bottle chlorthalidone (25 mg) with one tablet

(20) One (1) unlabeled bottle containing ten tablets labeled 40 ABG

(21) 2 (two) empty bottles Methadone HCl (10 mg)
1 (one) empty bottle Synthroid (150 mcg)
1 (one) empty bottle Roxicet (325 mg)
One (1) empty bottle Synthroid (0.175 mg)

(22) One (1) white pill bottle w/ Grubb's Care Pharmacy Label, dated 6-19-06, for Methadone 10 mg tablets #120, bottle unsealed containing white round tablets labeled Methadone 10

(23) 2 (two) one (1) dollar US bills

Received By: _____ (Signature)    Received From: Not Present _____ (Signature)

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property ~~Received/Returned/Released~~/(Seized)

File # 2094-WF-233005

On (date) 07/13/2006

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☑ Seized

(Name) _____
(Street Address) _____
(City) _____

Description of Item(s):
(24) Four (4) white pills
(25) Two (2) workers' compensation Rx cards; one (1) for Progressive Medical Inc. and one (1) for Medical Services Company.
(26) T Mobile Motorola cellphone & charger
(27) White paper w/ handwriting re:
(28) One labeled pill bottle, "Acetaminophen COD #3 Tablet few" containing white pills
(29) One (1) bottle labeled Methadone HCl containing white tablets labeled 5771/m
(30) One (1) bottle labeled Celebrex 200mg containing white capsules with yellow stripe labeled 7767/200
(31) Two (2) bottles labeled Endocet (7.5 mg) containing light orange-pink pills labeled 7.5/325 E700
(32) US Currency one (1) fifty dollar bill
(33) One (1) bottle labeled Valium (10mg) containing tablets, light blue, with V cut out of center, labeled Valium 10
(34) Laptop computer and charger
(35) 2 cell phones

Received By: _____ (Signature)    Received From: Not Present (Signature)

FD-597 (Rev 8-11-94)

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 2094 - WF - 233005

On (date) 07/13/2006       1:50 PM
DROPPED OFF AT RESIDENCE

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) __

(Street Ad __    L NE

(City) __

Description of Item(s):  (*) Four (4) white pills Meth. dose - 10

Received By: _____ (Signature)

Received From: NOT PRESENT (Signature)